AUSA:   Jessica V. Currie     Telephone: (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:   Jamie Fechik     Telephone: (734) 995-1310

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
v.
Ken Kenyatta Wilson

Case No.

Case: 2:21−mj−30182
Assigned To : Unassigned
Assign. Date : 4/19/2021
Description: RE: KEN WILSON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 23, 2021_____ in the county of _____Washtenaw_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113(a) | Bank robbery |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jamie Fechik, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____April 19, 2021____

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jamie Fechik, being duly sworn, depose and state as follows:

## I.  INTRODUCTION

1.     I have been employed as a Special Agent of the Federal Bureau of Investigations since July 2017, and am currently assigned to the Detroit Division, Ann Arbor Resident Agency, located in Ann Arbor, Michigan. In my current capacity, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2.     I have investigated a number of federal crimes, including investment fraud, conspiracy, extortion, wire fraud, mail fraud, fraud against the government, bank robbery, and health care fraud. I have gained experience in conducting such investigations through training and everyday work related to these types of cases.

3.     The statements in this affidavit are based on information developed by the FBI and information provided by other law enforcement officers.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause.

4.    Probable cause exists that Ken Kenyatta WILSON (DOB: XX/XX/1972), within the Eastern District of Michigan, committed bank robbery, in violation of 18 U.S.C. § 2113(a).

## II.  SUMMARY OF THE INVESTIGATION

5.    On March 23, 2021, at approximately 1:22 p.m., a black male entered a Chase Bank, located in Ypsilanti, Michigan, within the Eastern District of Michigan. He wore a gray coat and black pants and carried a white bag. The male approached the victim teller, who informed the male that the window/counter was closed. The male told the victim teller that he was having a hard time today and she needed to give him all the money she had. The victim teller did not immediately respond to the request. The male then informed the victim teller that this was a robbery. The male apologized and repeated that he was having a hard time and then pushed what appeared to be a pillowcase to the victim teller.

6.    The victim teller informed the male that she did not have cash in the drawer in front of her, that the money was kept in an automatic safe, and that she would have to push buttons to open it and retrieve the money. The victim teller offered to give the male the money that was already on the counter that she was handling for customers at the drive through. The male told the victim teller to stop stalling and if she kept stalling there would be trouble, stating "I don't want to have to hurt you." The victim teller again told the suspect that she needed to push

buttons to get the money, which she did. The machine distributed 1,000 dollars in cash. The victim teller put the money in the bag provided by the male. The male took the bag, walked out of the bank, and was seen walking towards the International House of Pancakes restaurant and entering a red vehicle.

7.     The victim teller said that the male did not imply that he had a gun, and she never saw one. But the victim teller advised that she feared for her life during the robbery. Further, a witness sitting in an office cubicle several feet away from the counter/window watched as the male walked toward the International House of Pancakes. According to the witness, the male was walking with kind of a limp and reaching down at his thigh, which caused the witness to believe that the male was probably carrying a gun in his pants.

8.     An officer with the Pittsfield Township Police Department witnessed a red vehicle pulling out of the International House of Pancakes parking lot. The red vehicle pulled along the side of the officer's vehicle and the male driving the red vehicle made eye contact with the officer. The male looked surprised and then fled the area at a high rate of speed. A vehicle pursuit followed, at speeds approaching 100 mph. Patrol vehicle lights and sirens were activated. The red vehicle was observed weaving in and out of traffic and accelerating as it blew through an intersection. The red vehicle eventually entered onto Westbound I-94

and then onto US-23 North, ultimately crashing into the median and causing the male driver and sole occupant to be ejected from the vehicle.

9.     The male driver was taken into custody by Pittsfield Township Police Department officers and transported to a local hospital for injuries sustained in the vehicle crash. A wallet located in the median near the male driver contained an identification card and social security card bearing the name Ken Kenyatta WILSON. Also observed in the area of the median were several 100 dollar bills, a black semi-automatic handgun with an extended magazine, a silver revolver, and multiple loaded magazines.

10.    The following is a partial list of evidence that was collected at the scene of the vehicle crash:

   a.   Black wallet containing the identification of Ken Kenyatta WILSON;

   b.   Silver Smith and Wesson revolver, model 65-1, serial number 1D19412;

   c.   Glock model 22 handgun, .40 caliber, serial number BMKU120;

   d.   Three Glock magazines, each containing 13 rounds of .40 caliber ammunition;

   e.   Extended magazine containing 26 .40 caliber rounds;

   f.   Bulletsafe body armor;

   g.   Omni Hybrid Multi-Cal rifle, serial number NS294982;

   h.   Rifle magazine containing 24 rounds of .223 ammunition;

4

    i.        Rifle magazine containing 28 rounds of .223 ammunition; and

    j.        George jacket, gray in color, Izod sweater, white Gildan t-shirt.

11.    On March 24, 2021, law enforcement conducted a search of the red vehicle—a 2021 red Toyota Corolla with Illinois license plate, rented by WILSON. The following is a partial list of items found in the vehicle:

    a.       Flowered bag containing 1,000 dollars in cash, consistent with the reported loss from Chase Bank;

    b.      Green metal helmet; and

    c.      Black backpack containing 54 rounds of .40 caliber ammunition, 44 rounds of .357 caliber ammunition and 16 rounds of .223 ammunition.

12.    The Chase Bank where the robbery took place was then insured by the Federal Deposit Insurance Corporation.

*[Space left intentionally blank.]*

## III.  CONCLUSION

13.     Probable cause exists that Ken Kenyatta WILSON committed bank

robbery in violation of 18 U.S.C. § 2113(a).

Respectfully submitted,

Jamie Fechik, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:  April 19, 2021

6